# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Eugene Little,

                Plaintiff(s),                  JUDGMENT IN A CIVIL CASE

vs.                                      3:06-cv-102-3-MU

Glenn M. Bullock, et al,

                Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 8, 2006 Order.

### Signed: March 9, 2006

Frank G. Johns, Clerk
United States District Court